# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SA CV 16-00545 SJO (MRWx) | Date | March 26, 2019 |
|---|---|---|---|
| Title | Nichia Corporation v. VIZIO, Inc. | | |

Present: The Honorable **S. JAMES OTERO**

| Victor Paul Cruz | Terri Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:

William S. O'Hare, Jr
Deborah S. Mallgrave
Jenny Wu
Nicholas Groombridge
Catherine Nyarady
Daniel J. Klien
Lissette A. Duran
LeeAnn Kim
Alison C. Penfield
Joshua D. Reich
Shota Milorara
David E. Cole
Sayem Osman

Attorneys Present for Defendants:

Richard Erwine
Raymond N. Nimrod
Jared W. Newton
Amanda K. Antons

**Proceedings:**    JURY TRIAL (Day One)

Matter called.

The Court is advised that the case may settle.

The matter is placed on second call to allow counsel time to meet and confer.

Matter recalled.

Both this case and case SA CV 18-00362 AG: Nichia Corporation v. Vizio, Inc. are both settled. The terms of the settlements are to remain confidential. The party representatives, Katsuyuki Akutagawa, Nichia and Jerry C. Huang, Vizio, acknowledge and accept binding terms of the settlements.

The Court vacates the trial and all pending motions, and sets an Order to Show Cause re Dismissal on Monday, April 29, 2019 @ 8:30 a.m. on both cases. If the parties file dismissals as to each case prior to the OSC date the hearings will be vacated.

                                                                        :    0/13

                                                    Initials of Preparer    vpc