1

**JS-6**

2

3

FILED
CLERK, U.S. DISTRICT COURT

4

April 16, 2019

5

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

6

7

8    **UNITED STATES DISTRICT COURT**

9    **CENTRAL DISTRICT OF CALIFORNIA**

10    **WESTERN DIVISION**

11    **Nichia Corporation**,

Case No. 8:16-cv-00545-SJO-MRW

12        Plaintiff and
        Counterclaim-Defendant,

**[~~Proposed~~] Order Vacating the Court's Claim Construction Order, Summary Judgment Orders, and Order Regarding Pretrial Motions and Motion for Reconsideration**

13    v.

14    **VIZIO, Inc.**,

15        Defendant and
        Counterclaim-Plaintiff.

16

17

18        The Court, having considered the parties' Joint Stipulation for Vacatur of the

19    Court's Claim Construction Order, Summary Judgment Orders, and Order

20    Regarding Pretrial Motions and Motion for Reconsideration, and for good cause

21    appearing, hereby vacates the claim construction order (D.I. 127), summary

22    judgment orders (D.I. 105 and 345), and order regarding the parties' pretrial

23    motions and Nichia's motion for reconsideration (D.I. 367).

24

25    **IT IS SO ORDERED:**

26

27    Date: April 16, 2019

_____
Honorable S. James Otero
United States District Judge

28